No. 36. Girard Life Insurance Co. v. Pennsylvania. Argued October 21, 1932. Decided October 24, 1932. *Per Curiam:* Judgment affirmed. *Louisville Gas Co.* v. *Coleman*, 277 U. S. 32, 37, 40; *Bell's Gap R. Co.* v. *Pennsylvania*, 134 U. S. 232, 237; *Ohio Oil Co.* v. *Conway*, 281 U. S. 146, 159; *State Board of Tax Commissioners* v. *Jackson*, 283 U. S. 527, 537, 538. *Mr. Ira Jewell Williams, Jr.*,

with whom *Messrs. Ira Jewell Williams, Francis Shunk Brown,* and *W. S. Snyder* were on the brief, for appellant. *Messrs. William A. Schnader,* Attorney General of Pennsylvania, and *Philip S. Moyer,* Deputy Attorney General, were on the brief for appellee.